■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WESLEY KEENE, Appellant. [923 NYS2d 846]—Appeal by the defendant from an order of the County Court, Suffolk County (Braslow, J.), dated March 22, 2010, which denied his motion to be resentenced pursuant to CPL 440.46 upon his conviction of criminal possession of a controlled substance in the third degree, which sentence was originally imposed, upon his plea of guilty, on May 11, 2004. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Dillon, J.P., Covello, Balkin, Lott and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES MACK, Appellant. [922 NYS2d 219]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (Hinrichs, J.), imposed August 12, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Covello, J.P., Eng, Lott and Miller, JJ., concur.